IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,

v.                                          CASE NO. 1:06-cv-00138-MP-AK

REAL PROPERTY LOCATED AT 1912 SE 15TH AVENUE GAINESVILLE FL WITH ALL
IMPROVEMENTS AND APPURTENANCES THEREON,

     Defendant.

_____/

## O R D E R

     A telephone status conference was held in this case on June 3, 2010, in which counsel for the government and the claimant participated. As stated during the conference, the parties shall have until Friday, September 3, 2010, to conduct discovery. The Clerk is directed to set this matter for a pretrial conference no sooner than 30 days after September 3, 2010. The trial is expected to last no longer than one day. The Court will issue a separate order addressing the status of other potential claimants, as discussed on pages 9-10 of the government's motion for summary judgment and in the answer to the complaint, filed by America's Servicing Company at Doc. 22.

     **DONE AND ORDERED** this _4th_ day of June, 2010

_____*s/Maurice M. Paul*_____
Maurice M. Paul, Senior District Judge